IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Civil Action No. 7:19-cv-00011-D

| | |
|---|---|
| GAIL MAJOR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **DEFENDANT'S MOTION** |
| ) | **FOR SUMMARY JUDGMENT** |
| CAPE FEAR ACADEMY, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

NOW COMES Defendant Cape Fear Academy ("Defendant"), and moves the Court pursuant to Rule 56 of the North Carolina Rules of Civil Procedure for summary judgment in its favor on each of Plaintiff's claims on the grounds that there are no genuine issues of material fact, and that Defendant is entitled to judgment as a matter of law as more fully set forth below and in the Memorandum of Law in Support of Summary Judgment and Statement of Undisputed Material Facts contemporaneously filed herewith.

In support of its Motion, Defendant respectfully shows the Court that there is no genuine issue of material fact and that summary judgment should be granted in its favor as a matter of law for the following reasons, among others, as fully set forth in Defendant's Memorandum of Law in Support of Motion for Summary Judgment:

1. The undisputed material facts show Defendant's decision not to offer Plaintiff the teaching position was due solely to legitimate non-discriminatory reasons.

2. Plaintiff fails to meet her burden of proving the legitimate reasons offered by Defendant for not offering Plaintiff the teaching position were a pretext for discrimination.

3. The undisputed material facts show Plaintiff's claim for constructive discharge is neither referenced in her EEOC Charge nor supported by the undisputed material facts.

In further support of its motion, Defendant relies on the concurrently filed Statement of Undisputed Material Facts, Defendant's Appendix to Local Civil Rule 56.1 Statement of Undisputed Material Facts and the attached deposition and declarations, the concurrently filed Memorandum of Law in Support of Defendant's Motion for Summary Judgment and the pleadings in this matter.

WHEREFORE, Defendant respectfully prays that this Court enter judgment in its favor on each of Plaintiff's claims and award to Defendant its costs incurred in defending this action, including reasonable attorneys' fees.

Respectfully submitted, this, the 30th day of January, 2020.

CRANFILL SUMNER & HARTZOG LLP

By: /s/ Benton L. Toups
BENTON L. TOUPS
N.C. State Bar No. 28910
ELIZABETH C. KING
N.C. State Bar No. 30376
101 N. 3rd Street, Suite 300
Wilmington, NC 28401
Telephone: (910) 777-6000
Facsimile: (910) 777-6111
E-mail: btoups@cshlaw.com
eking@cshlaw.com
*Attorneys for Defendant*

2

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **MOTION FOR SUMMARY JUDGMENT** with the Clerk of Court using the CM/ECF system, which will send notifications to each said party as follows:

Ernest J. Wright
Wright Law Firm
410 New Bridge Street, Suite 12 B
Jacksonville, NC 28541
wrightlaw@earthlink.net
*Attorney for Plaintiff*

This, the 30th day of January, 2020.

                CRANFILL SUMNER & HARTZOG LLP

         By: /s/ Benton L. Toups
            BENTON L. TOUPS
            N.C. State Bar No. 28910
            ELIZABETH C. KING
            N.C. State Bar No. 30376
            101 N. 3rd Street, Suite 300
            Wilmington, NC 28401
            Telephone: (910) 777-6000
            Facsimile: (910) 777-6111
            E-mail: btoups@cshlaw.com
               eking@cshlaw.com
            *Attorneys for Defendant*