UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| GAIL MAJOR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) **JUDGMENT IN A** |
| | ) **CIVIL CASE** |
| v. | ) **CASE NO. 7:19-CV-11-D** |
| | ) |
| CAPE FEAR ACADEMY, | ) |
| | ) |
| Defendant. | ) |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS CFA's motion for summary judgment [D.E. 20]. CFA may file a motion for costs in accordance with the Federal Rules of Civil Procedure and this court's local rules.

**This Judgment Filed and Entered on June 29, 2020, and Copies To:**

| | |
|---|---|
| Ernest J. Wright | (via CM/ECF electronic notification) |
| Benton Louis Toups | (via CM/ECF electronic notification) |
| Elizabeth C. King | (via CM/ECF electronic notification) |

DATE:  
June 29, 2020

PETER A. MOORE, JR., CLERK  
(By) /s/ Nicole Sellers  
    Deputy Clerk